B1 (Official Form 1)(04/13)

| United States Bankruptcy Court
Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):
Zero, Slawomir M. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years
(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years
(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN
(if more than one, state all)
xxx-xx-5679 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN
(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):
750 N. Pioneer Road
Unit 103
Waukegan, IL                                    ZIP Code
                                                60085 | Street Address of Joint Debtor (No. and Street, City, and State):
                                                ZIP Code |
| County of Residence or of the Principal Place of Business:
Lake | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):
                                                ZIP Code | Mailing Address of Joint Debtor (if different from street address):
                                                ZIP Code |
| Location of Principal Assets of Business Debtor
(if different from street address above): | |

| **Type of Debtor**
(Form of Organization) (Check one box)
■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**
(Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box)
■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                        Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Zero, Slawomir M. |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☒    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Zero, Slawomir M. |

## Signatures

<table>
<tr>
<td colspan="1">

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Slawomir M. Zero
Signature of Debtor  Slawomir M. Zero

**X**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

September 10, 2013
Date

</td>
<td colspan="1">

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

</td>
</tr>
</table>

### Signature of Attorney*

**X** /s/ Joseph E. Cohen
Signature of Attorney for Debtor(s)

Joseph E. Cohen 3123243
Printed Name of Attorney for Debtor(s)

Cohen & Krol
Firm Name

105 West Madison Street
Suite 1100
Chicago, IL 60602-4600
Address

312.368.0300  Fax: 312.368.4559
Telephone Number

September 10, 2013
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Slawomir M. Zero                               Case No. _____

                           Debtor(s)          Chapter    7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  /s/ Slawomir M. Zero
                      Slawomir M. Zero

Date:  September 10, 2013

**B6D (Official Form 6D) (12/07)**

In re    Slawomir M. Zero                                                Case No. _____
_____,
                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxx8610  Americas Servicing Co Po Box 10328 Des Moines, IA 50306 | | - | Opened 7/20/06 Last Active 2/01/13  6314 Garfield Hammond, IN 46324  Value $         92,000.00 | | | | 82,472.00 | 0.00 |
| Account No. xxxxxxxxx0444  Americas Servicing Co Po Box 10328 Des Moines, IA 50306 | | - | Opened 1/19/07 Last Active 2/01/13  3856 Adams Gary, IN 46402  Value $         55,000.00 | | | | 52,843.00 | 0.00 |
| Account No. xxxxx8105  Bank Of America, N.A. 4161 Piedmont Pkwy Greensboro, NC 27410 | | - | Opened 11/02/06 Last Active 1/17/13  1630 W. 62nd Ave Merrville, IN 46410  Value $         80,000.00 | | | | 63,896.00 | 0.00 |
| Account No. xxxx6427  Bank Of America, N.A. 4161 Piedmont Pkwy Greensboro, NC 27410 | | - | Opened 12/11/06 Last Active 1/17/13  2546 W. 9th Ave. Gary, IN 46402  Value $         60,000.00 | | | | 51,343.00 | 0.00 |

___4___ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | 250,554.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    Slawomir M. Zero                                                                    ,        Case No. _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxxxx0000 | | | Opened 2/04/10 Last Active 1/02/13 | | | | | |
| Centier Bank 600 E 84th Ave Merrillville, IN 46410 | - | | 3634 Pensylvania Gary, IN 46402 | | | | | |
| | | | Value $            65,000.00 | | | | 49,318.00 | 0.00 |
| Account No. xxxxxxxxxxxxxx0000 | | | Opened 3/12/09 Last Active 1/08/13 | | | | | |
| Centier Bank 600 E 84th Ave Merrillville, IN 46410 | - | | 4592 Pensylvania Gary, IN 46402 | | | | | |
| | | | Value $            55,000.00 | | | | 39,032.00 | 0.00 |
| Account No. xxxxxxxxxxxxxx0001 | | | Opened 8/18/09 Last Active 1/01/13 | | | | | |
| Centier Bank 600 E 84th Ave Merrillville, IN 46410 | - | | 6127 W. 7th Ave. Gary, IN 46402 | | | | | |
| | | | Value $            47,000.00 | | | | 38,839.00 | 0.00 |
| Account No. xxxxxxxxxxxxxx0000 | | | Opened 3/11/09 Last Active 1/08/13 | | | | | |
| Centier Bank 600 E 84th Ave Merrillville, IN 46410 | - | | 4424 Jefferson Gary, IN 46402 | | | | | |
| | | | Value $            47,000.00 | | | | 35,873.00 | 0.00 |
| Account No. xxxxxxxxxxxxxx0001 | | | Opened 4/06/09 Last Active 1/08/13 | | | | | |
| Centier Bank 600 E 84th Ave Merrillville, IN 46410 | - | | 4437 Conneticut Gary, IN 46402 | | | | | |
| | | | Value $            45,000.00 | | | | 30,680.00 | 0.00 |

Sheet  1   of  4    continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

193,742.00        0.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6D (Official Form 6D) (12/07) - Cont.

In re    Slawomir M. Zero                                                                      ,    Case No. _____
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxxxxxxxxx0010 | | | Opened 4/23/09 Last Active 1/01/13 | | | | | |
| Centier Bank 600 E 84th Ave Merrillville, IN 46410 | - | | 829 Grant Gary, IN 46402 | | | | | |
| | | | Value $          45,000.00 | | | | 29,357.00 | 0.00 |
| Account No. xxxxxxxxxxxxxx0002 | | | Opened 11/15/10 Last Active 1/02/13 | | | | | |
| Centier Bank 600 E 84th Ave Merrillville, IN 46410 | - | | 401 Grant Gary, IN 46402 | | | | | |
| | | | Value $          50,000.00 | | | | 20,794.00 | 0.00 |
| Account No. xxxxxxxxx3529 | | | Opened 5/18/07 Last Active 1/28/13 | | | | | |
| First Federal S & L Assoc. Hammond 9030 Cline Avenue Highland, IN 46322 | - | | 540 Maryland Gary, IN 46402 | | | | | |
| | | | Value $          72,000.00 | | | | 63,925.00 | 0.00 |
| Account No. xxxxxxxxx3834 | | | Opened 2/07/08 Last Active 1/28/13 | | | | | |
| First Federal S & L Assoc. Hammond 9030 Cline Avenue Highland, IN 46322 | - | | 817 Georgia Gary, IN 46402 | | | | | |
| | | | Value $          60,000.00 | | | | 54,844.00 | 0.00 |
| Account No. xxxxxxxxx3883 | | | Opened 4/18/08 Last Active 1/28/13 | | | | | |
| First Federal S & L Assoc. Hammond 9030 Cline Avenue Highland, IN 46322 | - | | 767 Hanley St. Gary, IN 46402 | | | | | |
| | | | Value $          55,000.00 | | | | 48,442.00 | 0.00 |

Sheet __2__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| Subtotal (Total of this page) | 217,362.00 | 0.00 |
|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re    Slawomir M. Zero                                                    ,      Case No. _____
                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. xxxxx6366 | | | | | Opened 7/20/06  Last Active 12/13/12 | | | | | |
| GMAC Mortgage Po Box 4622 Waterloo, IA 50704 | | - | | | 6314 Garfield Hammond, IN 46324 | | | | | |
| | | | | | Value $              92,000.00 | | | | 16,419.00 | 6,891.00 |
| Account No. xxxxx7039 | | | | | Opened 12/11/06  Last Active 12/13/12 | | | | | |
| GMAC Mortgage Po Box 4622 Waterloo, IA 50704 | | - | | | 2546 W. 9th Ave. Gary, IN 46402 | | | | | |
| | | | | | Value $              60,000.00 | | | | 15,752.00 | 7,095.00 |
| Account No. xxxxx1356 | | | | | Opened 1/19/07  Last Active 12/13/12 | | | | | |
| GMAC Mortgage Po Box 4622 Waterloo, IA 50704 | | - | | | 3856 Adams Gary, IN 46402 | | | | | |
| | | | | | Value $              55,000.00 | | | | 14,874.00 | 12,717.00 |
| Account No. xxxxxxxxx5909 | | | | | Opened 6/22/12  Last Active 2/01/13 | | | | | |
| Hyundai Motor Finance 10550 Talbert Ave Fountain Valley, CA 92708 | | - | | | Purchase Money Security<br><br>2013 Hyundai Sonata | | | | | |
| | | | | | Value $              16,000.00 | | | | 18,143.00 | 2,143.00 |
| Account No. xxxxxxxxx4697 | | | | | Opened 5/07/07  Last Active 2/01/13 | | | | | |
| Onewest Bank 6900 Beatrice Dr Kalamazoo, MI 49009 | | - | | | 545 Florence St. Hammond, IN 46324 | | | | | |
| | | | | | Value $              92,000.00 | | | | 87,936.00 | 0.00 |

Sheet __3__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    153,124.00 | 28,846.00

B6D (Official Form 6D) (12/07) - Cont.

In re    Slawomir M. Zero                                   ,     Case No. _____

                                  Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | | |
| Account No. xxxxxxxxxxx3405 | | | | | Opened 1/28/07 Last Active 2/06/13 | | | | | |
| PNC Bank, N.A. 1 Financial Pkwy Kalamazoo, MI 49009 | - | | | | 1630 W. 62nd Ave. Merrville, IN 46410 | | | | | |
| | | | | | Value $           80,000.00 | | | | 98,553.00 | 18,553.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet __4__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 98,553.00 | 18,553.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 913,335.00 | 47,399.00 |

B6E (Official Form 6E) (4/13)

In re    Slawomir M. Zero

_____,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re      Slawomir M. Zero                                                    ,      Case No. _____
                                   **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2012-13 | | | | | |
| Lake County IN Treasurer 2293 North Main Street Crown Point, IN 46307 | - | | Real estate taxes | | | | | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet  1    of  1    continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 0.00 | 0.00 |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | 0.00 | 0.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   Slawomir M. Zero
_____ ,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 2546 ADT PO Box 371967 Pittsburgh, PA 15250 | - | | Corporate Debt | | | X | 420.00 |
| Account No. 5123 ADT PO Box 371490 Pittsburgh, PA 15250 | | | | | | | 134.97 |
| Account No. 5121 ADT PO Box 371490 Pittsburgh, PA 15250 | - | | | | | | 134.97 |
| Account No. 5267 ADT PO Box 371490 Pittsburgh, PA 15250 | - | | | | | | 134.97 |

__12__  continuation sheets attached

Subtotal
(Total of this page)          824.91

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com           S/N:29730-130819   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     Slawomir M. Zero                                              ,     Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 4214<br><br>ADT<br>PO Box 371490<br>Pittsburgh, PA 15250 | - | | | | | | 271.96 |
| Account No. 3303<br><br>ADT<br>PO Box 371490<br>Pittsburgh, PA 15250 | - | | | | | | 7.50 |
| Account No. 2007<br><br>American Express<br>PO Box 0001<br>Los Angeles, CA 90096 | | | Personal Guaranty of New Millennium Masonry, Inc. | | | | 982.85 |
| Account No. 5428<br><br>Aryzta LLC<br>7090 Collections Center Dr.<br>Chicago, IL 60693 | - | | Corporate Debt | | | X | 1,700.00 |
| Account No. xxxxxxxxxxxx7722<br><br>Bank Of America<br>Po Box 982235<br>El Paso, TX 79998 | - | | Opened  4/25/05  Last Active  2/07/13 | | | | 7,416.00 |

| | | |
|---|---|---|
| Sheet no. __1__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 10,378.31 |

B6F (Official Form 6F) (12/07) - Cont.

In re    Slawomir M. Zero                                                      ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. 6595<br><br>Centier Bank<br>PO Box 10785<br>Gary, IN 46409 | X | - | | Personal Guaranty of Rehab Construction Properties LLC | | | | 38,000.00 |
| Account No. 9484<br><br>Centier Bank<br>600 E. 84th Ave.<br>Merrillville, IN 46410 | | - | | | | | | 136.00 |
| Account No. 1548<br><br>Chase<br>PO Box 94014<br>Palatine, IL 60094 | | - | | Corporate Debt | | | X | 1,600.00 |
| Account No. 9105<br><br>Chase<br>Cardmember Service<br>PO Box 15153<br>Wilmington, DE 19886-5153 | | - | | Personal Guaranty of Redwood Property, LLC | | | | 4,410.52 |
| Account No. 6898<br><br>Chase<br>PO Box 659754<br>San Antonio, TX 78265 | | - | | Personal Guaranty of Redwood Property, LLC | | | | 74.04 |

Sheet no. _2_ of _12_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

44,220.56

B6F (Official Form 6F) (12/07) - Cont.

In re    Slawomir M. Zero                                              ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 1460 | | - | | | | | | |
| Chase PO Box 659754 San Antonio, TX 78265 | | | | | | | | 260.07 |
| Account No. | | - | | Corporate Debt | | | X | |
| Cintas PO Box 88 Hammond, IN 46325 | | | | | | | | 150.00 |
| Account No. | | - | | | | | | |
| City of Gary 401 Broadway Gary, IN 46402 | | | | | | | | Unknown |
| Account No. | | - | | | | | | |
| City of Hammond 5925 Calumet Ave. Hammond, IN 46320 | | | | | | | | Unknown |
| Account No. | | - | | | | | | |
| City of Merrillville 7820 Broadway Merrillville, IN 46410 | | | | | | | | Unknown |

Sheet no. __3__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    410.07

B6F (Official Form 6F) (12/07) - Cont.

In re    Slawomir M. Zero                                              ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. Europa Bakery 4345 W. 47th St. Chicago, IL 60632 | | - | | Corporate Debt | | | X | 1,565.00 |
| Account No. First Community Bank & Trust 1111 Dixie Highway Beecher, IL 60401 | X | | | 2008 Guarantee of corporate mortgage for Redwood Property LLC | | | | 82,000.00 |
| Account No. 1243 First Community Bank & Trust 1111 Dixie Highway Beecher, IL 60401 | X | - | | Personal Guaranty of Redwood Property, LLC | | | | 65,000.00 |
| Account No. 1023 First Community Bank & Trust 1111 Dixie Highway Beecher, IL 60401 | X | - | | Personal Guaranty of Redwood Property, LLC | | | | 62,000.00 |
| Account No. 1433 First Community Bank & Trust 1111 Dixie Highway Beecher, IL 60401 | X | - | | Personal Guaranty of Redwood Property, LLC | | | | 64,800.00 |

Sheet no. __4__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          275,365.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Slawomir M. Zero                                                    ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 1508<br><br>First Community Bank & Trust<br>1111 Dixie Highway<br>Beecher, IL 60401 | X | - | Personal Guaranty of Redwood Property, LLC | | | | 51,500.00 |
| Account No. 1625<br><br>First Community Bank & Trust<br>1111 Dixie Highway<br>Beecher, IL 60401 | X | - | Personal Guaranty of Redwood Property, LLC | | | | 59,800.00 |
| Account No. 1567<br><br>First Community Bank & Trust<br>1111 Dixie Highway<br>Beecher, IL 60401 | X | - | Personal Guaranty of Redwood Property, LLC | | | | 59,680.00 |
| Account No. 1242<br><br>First Community Bank & Trust<br>1111 Dixie Highway<br>Beecher, IL 60401 | X | - | Personal Guaranty of Redwood Property, LLC | | | | 62,116.00 |
| Account No. 731<br><br>First Community Bank & Trust<br>1111 Dixie Highway<br>Beecher, IL 60401 | X | - | Personal Guaranty of Redwood Property, LLC | | | | 69.27 |

Sheet no. __5__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

233,165.27

B6F (Official Form 6F) (12/07) - Cont.

In re    Slawomir M. Zero                                    ,    Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. 3511 | | | | | | | | | |
| First Federal Savings & Loan Assoc. 130 Rimbach St. Hammond, IN 46320 | X | - | | | | | | | 59,950.00 |
| Account No. 2032 | | | | | Personal Guaranty of Rehab Construction Properties LLC | | | | |
| First Midwest Bank PO Box 9003 Gurnee, IL 60031 | X | - | | | | | | | 70,866.69 |
| Account No. 5703 | | | | | | | | | |
| Gary Sanitary District PO Box 388 Gary, IN 46402 | | - | | | | | | | 131.00 |
| Account No. 9441 | | | | | Personal Guaranty of New Millennium Masonry, Inc. | | | | |
| Home Depot PO Box 183175 Columbus, OH 43218 | | - | | | | | | | 7,798.64 |
| Account No. 5543 | | | | | | | | | |
| Indiana American Water PO Box 94551 Palatine, IL 60094 | | - | | | | | | | 93.50 |

Sheet no. __6__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        138,839.83

B6F (Official Form 6F) (12/07) - Cont.

In re  Slawomir M. Zero
_____,  Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> JP Morgan Chase Bank, N.A <br> 111 Monument Cir <br> Indianapolis, IN 46204 | - | | JP Morgan Chase Bank, N.A. v. Charles Porter et. el. 45D11-1204-MF-00127 | | | | Unknown |
| Account No. 2016 <br><br> Lowell International Foods <br> 9234 W. Belmont Ave. <br> Franklin Park, IL 60131 | - | | Corporate Debt | | | X | 2,500.00 |
| Account No. 5219 <br><br> Menards <br> PO Box 5219 <br> Carol Stream, IL 60197 | - | | Personal Guaranty of New Millennium Masonry, Inc. | | | | 1,413.30 |
| Account No. 0019 <br><br> Nipsco <br> PO Box 13007 <br> Merrillville, IN 46411 | - | | Corporate Debt | | | X | 2,000.00 |
| Account No. 0087 <br><br> Nipsco <br> PO Box 13007 <br> Merrillville, IN 46411 | - | | Utility Bill | | | | 194.20 |

Sheet no. __7__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    6,107.50

B6F (Official Form 6F) (12/07) - Cont.

In re    Slawomir M. Zero                                              ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 0057 Nipsco PO Box 13007 Merrillville, IN 46411 | - | | | | Utility Bill | | | | 26.17 |
| Account No. 0006 Nipsco PO Box 13007 Merrillville, IN 46411 | - | | | | Utility Bill | | | | 77.84 |
| Account No. 0002 Nipsco PO Box 13007 Merrillville, IN 46411 | - | | | | Utility Bill | | | | 14.65 |
| Account No. 0031 Nipsco PO Box 13007 Merrillville, IN 46411 | - | | | | Utility Bill | | | | 19.76 |
| Account No. 0078 Nipsco PO Box 13007 Merrillville, IN 46411 | - | | | | Utility Bill | | | | 0.08 |

Sheet no. __8__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

138.50

B6F (Official Form 6F) (12/07) - Cont.

In re    Slawomir M. Zero                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  0097 | | | | Utility Bill | | | | |
| Nipsco PO Box 13007 Merrillville, IN 46411 | | - | | | | | | |
| | | | | | | | | 56.17 |
| Account No.  4436 | | | | Corporate Debt     Subject to setoff. | | | | |
| Northstar Foods 2800 Delta Lane Elk Grove Village, IL 60007 | | - | | | | | | |
| | | | | | | | | 2,900.00 |
| Account No. | | | | Onewest Bank, FSB v. Slawomir Zero 45D10-1308-MF-00215 | | | | |
| Onewest Bank, FSB 888 East Walnut Street Addy, WA 99101 | | - | | | | | | |
| | | | | | | | | Unknown |
| Account No.  5938 | | | | Corporate Debt | | | | |
| Polish Folklore Import Company 2428 Rose St. Franklin Park, IL 60131 | | - | | | | | X | |
| | | | | | | | | 660.70 |
| Account No. | | | | Reginald Johnson v. Slawomir Zero 45D09-1304-SC-00874 | | | | |
| Reginald Johnson 3739 Adams St. Apt 1 Gary, IN 46409 | | - | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __9___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          3,616.87

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     Slawomir M. Zero                                                          ,     Case No. _____
                                          **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>Rehab Construction Properties LLC<br>1800 Broadsmore Dr.<br>Algonquin, IL 60102 | - | | | | | | | | Unknown |
| Account No. 1058<br><br>Sand Ridge Plaza LLC<br>c/o 1st Management Co. Inc.<br>3408 Enterprise Ave.<br>Valparaiso, IN 46383 | - | | | | Corporate Debt | | | X | 19,200.00 |
| Account No. 4738<br><br>Society Insurance<br>PO Box 1237<br>Fond Du Lac, WI 54936 | - | | | | Corporate Debt | | | X | 170.00 |
| Account No. 7262<br><br>Square Enterprises<br>9347 Seymore Ave<br>Chicago, IL 60639 | - | | | | Corporate Debt | | | X | 3,010.00 |
| Account No. xxxxxxxxxxxx6644<br><br>The Home Depot<br>PO Box 6497<br>Sioux Falls, SD 57117 | - | | | | Opened  6/01/00<br>Charge Account | | | | 2,564.00 |

Sheet no. __10__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          24,944.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Slawomir M. Zero                                              ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. 9780 <br><br> The Private Bank <br> 3052 West 111th St. <br> Chicago, IL 60655 | X | - | | Personal Guaranty of Rehab Construction Properties LLC | | | | 136,118.11 |
| Account No. 9781 <br><br> The Private Bank <br> 3052 West 111th St. <br> Chicago, IL 60655 | X | - | | Personal Guaranty of Rehab Construction Properties LLC | | | | 88,047.16 |
| Account No. 9783 <br><br> The Private Bank <br> 3052 West 111th St. <br> Chicago, IL 60655 | X | - | | Personal Guaranty of Rehab Construction Properties LLC | | | | 119,211.69 |
| Account No. 9782 <br><br> The Private Bank <br> 3052 West 111th St. <br> Chicago, IL 60655 | X | - | | Personal Guaranty of Rehab Construction Properties LLC | | | | 98,000.00 |
| Account No. <br><br> Today's Temptations <br> 1900 N. Austin Ave. <br> Chicago, IL 60639 | | - | | Corporate Debt | | | X | 158.40 |

Sheet no. __11__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

441,535.36

B6F (Official Form 6F) (12/07) - Cont.

In re   Slawomir M. Zero                                    ,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 5010  U.S Cellular PO Box 0203 Palatine, IL 60055 | - | | | | Personal Guaranty of New Millennium Masonry, Inc. | | | | 250.00 |
| Account No. 3717  Wally Water Distributors, Inc. 3100 W. Lake St. Melrose Park, IL 60160 | - | | | | Corporate Debt | | | X | 460.28 |
| Account No. 0554  Waste Management PO Box 4647 Carol Stream, IL 60197 | - | | | | | | | | 48.72 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. __12__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 759.00 |
| Total (Report on Summary of Schedules) | | 1,180,305.18 |

B6G (Official Form 6G) (12/07)

In re    Slawomir M. Zero                                                          ,    Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

    0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    Slawomir M. Zero

_____,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Redwood Property LLC<br>2532 Springhill Drive<br>Schererville, IN 46375 | First Community Bank & Trust<br>1111 Dixie Highway<br>Beecher, IL 60401 |
| Redwood Property LLC<br>2532 Springhill Drive<br>Schererville, IN 46375 | First Community Bank & Trust<br>1111 Dixie Highway<br>Beecher, IL 60401 |
| Redwood Property LLC<br>2532 Springhill Drive<br>Schererville, IN 46375 | First Community Bank & Trust<br>1111 Dixie Highway<br>Beecher, IL 60401 |
| Redwood Property LLC<br>2532 Springhill Drive<br>Schererville, IN 46375 | First Community Bank & Trust<br>1111 Dixie Highway<br>Beecher, IL 60401 |
| Redwood Property LLC<br>2532 Springhill Drive<br>Schererville, IN 46375 | First Community Bank & Trust<br>1111 Dixie Highway<br>Beecher, IL 60401 |
| Redwood Property LLC<br>2532 Springhill Drive<br>Schererville, IN 46375 | First Community Bank & Trust<br>1111 Dixie Highway<br>Beecher, IL 60401 |
| Redwood Property LLC<br>2532 Springhill Drive<br>Schererville, IN 46375 | First Community Bank & Trust<br>1111 Dixie Highway<br>Beecher, IL 60401 |
| Redwood Property LLC<br>2532 Springhill Drive<br>Schererville, IN 46375 | First Community Bank & Trust<br>1111 Dixie Highway<br>Beecher, IL 60401 |
| Redwood Property LLC<br>2532 Springhill Drive<br>Schererville, IN 46375 | First Community Bank & Trust<br>1111 Dixie Highway<br>Beecher, IL 60401 |
| Rehab Construction Properties LLC<br>1800 Broadsmore Dr.<br>Algonquin, IL 60102 | Centier Bank<br>PO Box 10785<br>Gary, IN 46409 |
| Rehab Construction Properties LLC<br>1800 Broadsmore Dr.<br>Algonquin, IL 60102 | First Federal Savings & Loan Assoc.<br>130 Rimbach St.<br>Hammond, IN 46320 |
| Rehab Construction Properties LLC<br>1800 Broadsmore Dr.<br>Algonquin, IL 60102 | First Midwest Bank<br>PO Box 9003<br>Gurnee, IL 60031 |

1

_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re   Slawomir M. Zero _____,   Case No. _____

                                  Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Rehab Construction Properties LLC<br>1800 Broadsmore Dr.<br>Algonquin, IL 60102 | The Private Bank<br>3052 West 111th St.<br>Chicago, IL 60655 |
| Rehab Construction Properties LLC<br>1800 Broadsmore Dr.<br>Algonquin, IL 60102 | The Private Bank<br>3052 West 111th St.<br>Chicago, IL 60655 |
| Rehab Construction Properties LLC<br>1800 Broadsmore Dr.<br>Algonquin, IL 60102 | The Private Bank<br>3052 West 111th St.<br>Chicago, IL 60655 |
| Rehab Construction Properties LLC<br>1800 Broadsmore Dr.<br>Algonquin, IL 60102 | The Private Bank<br>3052 West 111th St.<br>Chicago, IL 60655 |

Sheet  _1_  of  _1_  continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Slawomir M. Zero                           Case No. _____

Debtor(s)              Chapter    7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   33   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   September 10, 2013            Signature    /s/ Slawomir M. Zero

                                               Slawomir M. Zero

                                               Debtor

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Slawomir M. Zero                  Case No. _____
                           Debtor(s)         Chapter    7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
| --- | --- |
| **Creditor's Name:**<br>Hyundai Motor Finance | **Describe Property Securing Debt:**<br>2013 Hyundai Sonata |

Property will be (check one):
☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt          ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
| --- | --- | --- |
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   September 10, 2013            Signature    /s/ Slawomir M. Zero _____
                                               Slawomir M. Zero
                                               Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re    Slawomir M. Zero
    Debtor(s)

Case No.
Chapter    7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $    4,500.00 |
| Prior to the filing of this statement I have received | $    4,500.00 |
| Balance Due | $    0.00 |

2.    $    0.00    of the filing fee has been paid.

3.    The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.    The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.    [Other provisions as needed]
            Representations of Debtor against Motions for Relief and Motions to Dismiss

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
            Representation of the debtors in any dischargeability actions or any other adversary proceeding.

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:    September 10, 2013

/s/ Joseph E. Cohen
Joseph E. Cohen 3123243
Cohen & Krol
105 West Madison Street
Suite 1100
Chicago, IL 60602-4600
312.368.0300  Fax: 312.368.4559

---

B 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   Slawomir M. Zero _____    Case No. _____

                                          Debtor(s)    Chapter    7 _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Slawomir M. Zero _____    X   /s/ Slawomir M. Zero       September 10, 2013
Printed Name(s) of Debtor(s)                    Signature of Debtor            Date

Case No. (if known) _____    X _____
                                          Signature of Joint Debtor (if any)       Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re   Slawomir M. Zero
_____
Debtor(s)

Case No. _____
Chapter   7

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ 101

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   September 10, 2013
_____

/s/ Slawomir M. Zero
_____
Slawomir M. Zero
Signature of Debtor

ADT
PO Box 371967
Pittsburgh, PA 15250

ADT
PO Box 371490
Pittsburgh, PA 15250

ADT
PO Box 371490
Pittsburgh, PA 15250

ADT
PO Box 371490
Pittsburgh, PA 15250

ADT
PO Box 371490
Pittsburgh, PA 15250

ADT
PO Box 371490
Pittsburgh, PA 15250

American Express
PO Box 0001
Los Angeles, CA 90096

Americas Servicing Co
Po Box 10328
Des Moines, IA 50306

Americas Servicing Co
Po Box 10328
Des Moines, IA 50306

Aryzta LLC
7090 Collections Center Dr.
Chicago, IL 60693

Bank Of America
Po Box 982235
El Paso, TX 79998

```
Bank Of America, N.A.
4161 Piedmont Pkwy
Greensboro, NC 27410


Bank Of America, N.A.
4161 Piedmont Pkwy
Greensboro, NC 27410


Centier Bank
600 E 84th Ave
Merrillville, IN 46410


Centier Bank
600 E 84th Ave
Merrillville, IN 46410


Centier Bank
600 E 84th Ave
Merrillville, IN 46410


Centier Bank
600 E 84th Ave
Merrillville, IN 46410


Centier Bank
600 E 84th Ave
Merrillville, IN 46410


Centier Bank
600 E 84th Ave
Merrillville, IN 46410


Centier Bank
600 E 84th Ave
Merrillville, IN 46410


Centier Bank
PO Box 10785
Gary, IN 46409


Centier Bank
600 E. 84th Ave.
Merrillville, IN 46410
```

Chase
PO Box 94014
Palatine, IL 60094


Chase
Cardmember Service
PO Box 15153
Wilmington, DE 19886-5153


Chase
PO Box 659754
San Antonio, TX 78265


Chase
PO Box 659754
San Antonio, TX 78265


Cintas
PO Box 88
Hammond, IN 46325


City of Gary
401 Broadway
Gary, IN 46402


City of Hammond
5925 Calumet Ave.
Hammond, IN 46320


City of Merrillville
7820 Broadway
Merrillville, IN 46410


Europa Bakery
4345 W. 47th St.
Chicago, IL 60632


First Community Bank & Trust
1111 Dixie Highway
Beecher, IL 60401


First Community Bank & Trust
1111 Dixie Highway
Beecher, IL 60401

First Community Bank & Trust
1111 Dixie Highway
Beecher, IL 60401


First Community Bank & Trust
1111 Dixie Highway
Beecher, IL 60401


First Community Bank & Trust
1111 Dixie Highway
Beecher, IL 60401


First Community Bank & Trust
1111 Dixie Highway
Beecher, IL 60401


First Community Bank & Trust
1111 Dixie Highway
Beecher, IL 60401


First Community Bank & Trust
1111 Dixie Highway
Beecher, IL 60401


First Community Bank & Trust
1111 Dixie Highway
Beecher, IL 60401


First Federal S & L Assoc. Hammond
9030 Cline Avenue
Highland, IN 46322


First Federal S & L Assoc. Hammond
9030 Cline Avenue
Highland, IN 46322


First Federal S & L Assoc. Hammond
9030 Cline Avenue
Highland, IN 46322


First Federal Savings & Loan Assoc.
130 Rimbach St.
Hammond, IN 46320

First Midwest Bank
PO Box 9003
Gurnee, IL 60031

Gary Sanitary District
PO Box 388
Gary, IN 46402

GMAC Mortgage
Po Box 4622
Waterloo, IA 50704

GMAC Mortgage
Po Box 4622
Waterloo, IA 50704

GMAC Mortgage
Po Box 4622
Waterloo, IA 50704

Home Depot
PO Box 183175
Columbus, OH 43218

Hyundai Motor Finance
10550 Talbert Ave
Fountain Valley, CA 92708

Indiana American Water
PO Box 94551
Palatine, IL 60094

JP Morgan Chase Bank, N.A
111 Monument Cir
Indianapolis, IN 46204

Lake County IN Treasurer
2293 North Main Street
Crown Point, IN 46307

Lowell International Foods
9234 W. Belmont Ave.
Franklin Park, IL 60131

```
Menards
PO Box 5219
Carol Stream, IL 60197


Nipsco
PO Box 13007
Merrillville, IN 46411


Nipsco
PO Box 13007
Merrillville, IN 46411


Nipsco
PO Box 13007
Merrillville, IN 46411


Nipsco
PO Box 13007
Merrillville, IN 46411


Nipsco
PO Box 13007
Merrillville, IN 46411


Nipsco
PO Box 13007
Merrillville, IN 46411


Nipsco
PO Box 13007
Merrillville, IN 46411


Nipsco
PO Box 13007
Merrillville, IN 46411


Northstar Foods
2800 Delta Lane
Elk Grove Village, IL 60007


Onewest Bank
6900 Beatrice Dr
Kalamazoo, MI 49009
```

Onewest Bank, FSB
888 East Walnut Street
Addy, WA 99101


PNC Bank, N.A.
1 Financial Pkwy
Kalamazoo, MI 49009


Polish Folklore Import Company
2428 Rose St.
Franklin Park, IL 60131


Redwood Property LLC
2532 Springhill Drive
Schererville, IN 46375


Redwood Property LLC
2532 Springhill Drive
Schererville, IN 46375


Redwood Property LLC
2532 Springhill Drive
Schererville, IN 46375


Redwood Property LLC
2532 Springhill Drive
Schererville, IN 46375


Redwood Property LLC
2532 Springhill Drive
Schererville, IN 46375


Redwood Property LLC
2532 Springhill Drive
Schererville, IN 46375


Redwood Property LLC
2532 Springhill Drive
Schererville, IN 46375


Redwood Property LLC
2532 Springhill Drive
Schererville, IN 46375

Redwood Property LLC
2532 Springhill Drive
Schererville, IN 46375


Reginald Johnson
3739 Adams St. Apt 1
Gary, IN 46409


Rehab Construction Properties LLC
1800 Broadsmore Dr.
Algonquin, IL 60102


Rehab Construction Properties LLC
1800 Broadsmore Dr.
Algonquin, IL 60102


Rehab Construction Properties LLC
1800 Broadsmore Dr.
Algonquin, IL 60102


Rehab Construction Properties LLC
1800 Broadsmore Dr.
Algonquin, IL 60102


Rehab Construction Properties LLC
1800 Broadsmore Dr.
Algonquin, IL 60102


Rehab Construction Properties LLC
1800 Broadsmore Dr.
Algonquin, IL 60102


Rehab Construction Properties LLC
1800 Broadsmore Dr.
Algonquin, IL 60102


Rehab Construction Properties LLC
1800 Broadsmore Dr.
Algonquin, IL 60102


Sand Ridge Plaza LLC
c/o 1st Management Co. Inc.
3408 Enterprise Ave.
Valparaiso, IN 46383

Society Insurance
PO Box 1237
Fond Du Lac, WI 54936


Square Enterprises
9347 Seymore Ave
Chicago, IL 60639


The Home Depot
PO Box 6497
Sioux Falls, SD 57117


The Private Bank
3052 West 111th St.
Chicago, IL 60655


The Private Bank
3052 West 111th St.
Chicago, IL 60655


The Private Bank
3052 West 111th St.
Chicago, IL 60655


The Private Bank
3052 West 111th St.
Chicago, IL 60655


Today's Temptations
1900 N. Austin Ave.
Chicago, IL 60639


U.S Cellular
PO Box 0203
Palatine, IL 60055


US Bank N.A.
60 Livingston Ave.
Saint Paul, MN 55107


US Bank N.A.
60 Livingston Ave.
Saint Paul, MN 55107

```
Wally Water Distributors, Inc.
3100 W. Lake St.
Melrose Park, IL 60160


Waste Management
PO Box 4647
Carol Stream, IL 60197
```